## UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

EMILY McCULLEY,

          Plaintiff,

v.

THE UNIVERSITY OF KANSAS
SCHOOL OF MEDICINE, AND STEVEN
      STITES, M.D.,

          Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 12-2587-JTM

     IT IS ORDERED AND ADJUDGED in accordance with the Memorandum and Order filed October 31, 2013, that defendant's Motion for Summary Judgment (Dkt. 41) is granted; the plaintiff's Motion to Strike (Dkt. 56) is denied.

TIMOTHY M. O'BRIEN, Clerk of Court

October 31, 2013
Date

By   s/ S. Smith
        Deputy Clerk