IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

EMILY McCULLEY,                          )
                                         )
            Plaintiff,                   )
                                         )
v.                                       )     Case No.  12-2587-JTM
                                         )
THE UNIVERSITY OF KANSAS SCHOOL          )
OF MEDICINE, and STEVEN STITES, M.D.,    )
                                         )
            Defendants.                  )
                                         )

## NOTICE OF APPEAL

Notice is hereby given that the plaintiff, Emily McCulley, appeals to the United States District Court of Appeals for the Tenth Circuit from the final judgment entered on October 31, 2013; from the Memorandum and Order also entered on October 31, 2013; and from all other rulings adverse to the plaintiff.

Respectfully submitted by:

s/Alan V. Johnson
Alan V. Johnson, #9992
Sloan, Eisenbarth, Glassman,
  McEntire & Jarboe, LLC
1000 Bank of America Tower
534 S. Kansas Avenue
Topeka, KS 66603
Telephone   (785) 357-6311
Fax         (785) 357-0152
ajohnson@sloanlawfirm.com

1

## **CERTIFICATE OF SERVICE**

   I hereby certify that on the 26th day of November, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following parties:

Sara L. Trower, KS # 21514
Associate General Counsel and Special
Assistant Attorney General
Room 245 Strong Hall
1450 Jayhawk Blvd.
Lawrence, KS 66045
Tel: (785) 864-3276
Fax: (785) 864-4617
strower@ku.edu
*Attorney for Defendants*

I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants:  NONE

              s/Alan V. Johnson
              Alan V. Johnson, #9992
              Sloan, Eisenbarth, Glassman,
               McEntire & Jarboe, LLC
              1000 Bank of America Tower
              534 S. Kansas Avenue
              Topeka, KS 66603
              Telephone (785) 357-6311
              Fax    (785) 357-0152
              ajohnson@sloanlawfirm.com